*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  March 10, 2016                    521336
_____

In the Matter of JOSE SOTO,
                        Petitioner,

        v
                                          MEMORANDUM  AND  JUDGMENT

ALBERT PRACK, as Director of
    Special Housing and Inmate
    Disciplinary Programs,
                        Respondent.
_____

Calendar Date:   January 19, 2016

Before:   Garry, J.P., Lynch, Devine and Clark, JJ.

                    _____

        Jose Soto, Malone, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.

                    _____

        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of the Commissioner of Corrections and
Community Supervision finding petitioner guilty of violating
certain prison disciplinary rules.

        Determination confirmed.  No opinion.

        Garry, J.P., Lynch, Devine and Clark, JJ., concur.

-2-                          521336

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court